JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TYRONE FOSTER, | ) | NO. CV 22-5422-SB(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| RAYBON JOHNSON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: May 8, 2023

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE